**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>RYAN MICHAEL COWAN,<br><br>           Defendant. | Case No. 2:23-mj-00559-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, November 29, 2023 at 9:30 a.m., be vacated and continued to January 3, 2024 at the hour of 9:30 p.m.

DATED this 21st day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3