RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Ryan Michael Cowan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>RYAN MICHAEL COWAN,<br><br>         Defendant. | Case No. 2:23-mj-00559-EJY<br><br>**STIPULATION TO CONTINUE SUPPRESSION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Ryan Michael Cowan, that the suppression motion hearing currently scheduled on March 14, 2024, be continued but only in time to later that day.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a sentencing hearing scheduled for the same date and time.
2. The defendant is not in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1  This is the first request for a continuance of the motion hearing.

2  DATED this 4th day of March 2024.

3

4  RENE L. VALLADARES  JASON M. FRIERSON
   Federal Public Defender  United States Attorney

5

6

7  By /s/ *Aden Kahssai*  By /s/ *Edward Penetar*
   ADEN KAHSSAI  Edward Penetar
8  Assistant Federal Public Defender  Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00559-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| RYAN MICHAEL COWAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the suppression motion hearing currently scheduled for Thursday, March 14, 2024 at 10:00 a.m., be vacated and continued to March 14, 2024 at the hour of 1:00 p.m. in Courtroom 3D.

DATED this 4th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE