**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN MICHAEL COWAN,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00559-EJY<br><br>**ORDER** |

　　IT IS HEREBY ORDERED that the Stipulation to Continue Deadline to Complete Conditions (ECF No. 36) is GRANTED.

　　IT IS FURTHER ORDERED that the deadline to complete conditions currently set on September 14, 2024, be extended and continued to October 14, 2024.

　　DATED this 9th day of September 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3