# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MICHAEL COWAN,<br><br>Defendant. | Case No. 2:23-mj-00559-EJY<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Deadline to Complete Conditions (ECF No. 38) is GRANTED.

IT IS FURTHER ORDERED that the deadline to complete conditions currently set for October 14, 2024 is extended and continued to October 21, 2024.

DATED this 10th day of October 2024.

_____
UNITED STATES MAGISTRATE JUDGE